# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GARY W. ALEXANDER, an individual;<br><br>        Plaintiff,<br>vs.<br><br>OCWEN LOAN SERVICING, LLC; NORTH CASCADE TRUSTEE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, A DIVISION OF TREASURY BANK, N.A.<br><br>        Defendants. | Case No.: 16-cv-00936 RAJ<br><br>**ORDER** |

    This matter comes before the Court on Defendant Mortgage Electronic Registration Systems, Inc.'s motion to dismiss. Dkt. # 19. Plaintiff did not respond to the motion. The Court considers Plaintiff's failure to oppose the motion "as an admission that the motion has merit." W.D. Wash. Local Rules LCR 7(b)(2). Therefore, the Court **GRANTS** Defendant's motion. Dkt. # 19. Plaintiff's claims against Defendant are dismissed without prejudice.

    Dated this 1st day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1